**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA "DEBBIE" REMMERS,<br><br>                    Plaintiff,<br><br>          v.<br><br>KEITH DAVIS; ROGER GRANT;<br>DANIELLA NELSON; NEBULA9<br>SPIRITS, LLC; ADDIE'S FINE FOODS,<br>LLC; BIG HEADED BOXERS,<br><br>                    Defendants. | Case No. CV 22-2839-DMG (SKx)<br><br>**JUDGMENT** |

-1-

1

2      Pursuant to the Court's Order re Defendants' Motion to Dismiss Plaintiff's Second

3   Amended Complaint [Doc. # 78], filed July 17, 2023, and Order Denying Plaintiff's

4   Motion for Reconsideration [Doc. # 86], filed January 22, 2024,

5      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is

6   entered on Plaintiff Debra "Debbie" Remmers' Securities Act claim pursuant to 15

7   U.S.C. sections 78e and 78j in favor of Defendants Keith Davis; Roger Grant; Daniella

8   Nelson; nebula9 Spirits, LLC; Addie's Fine Foods, LLC; and Big Headed Boxers, and

9   against Plaintiff.  All remaining claims are dismissed without prejudice.

10

11

12   DATED:  January 22, 2024

13                                                          _____
                                                                DOLLY M. GEE
14                                                         UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-